**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00341-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. CURTIS DEON CALLOWAY,

      Defendant.

---

## MINUTE ORDER[1]

---

      On September 7, 2010, counsel for the government, counsel for the defendant, and the probation officer, appeared in chambers to set a Final Hearing on Revocation of Supervised Release in this matter. After conferring with counsel, and by agreement of all,

      **IT IS ORDERED** as follows:

      1. That a Final Hearing on Revocation of Supervised Release is set for **November 19, 2010**, at 10:00 a.m., the court reserving two (2) hours for the hearing, at which counsel and the defendant shall appear without further notice or order; and

      2. That the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

      Dated: September 7, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.