# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00341-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CURTIS DEON CALLOWAY,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court *sua sponte*.  This matter is set for a revocation of supervised release hearing on November 19, 2010.  The parties have indicated that the matter will be contested and they anticipate needing two (2) hours for the hearing.  However, the court's docket for this day can not give the parties their requested time for this hearing.  The court conducted a telephonic setting conference with the parties on November 16, 2010, and after conferring with them and with their consent,

    **IT IS ORDERED** as follows:

    1.  That the revocation of supervised release hearing set for Friday, November 19, 2010, is **VACATED** and is **CONTINUED** to **February 10, 2011**, at 1:30 p.m.  The court has reserved the remainder of the afternoon for the hearing; and

    2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated:  November 16, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.