IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00341-REB-1
(Civil Action No. 11-cv-00082-REB)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CURTIS DEON CALLOWAY,

      Defendant-Movant.

_____

## JUDGMENT
_____

Pursuant to and in accordance with the "Order Construing the Application for a Writ of Habeas Corpus as a Motion Filed Under § 2255 and Denying the Motion" entered by the Honorable Robert E. Blackburn, the following Judgment is hereby entered:

It is ORDERED that Defendant Calloway's Application filed pursuant to 28 U.S.C. § 2255 Motion, on January 12, 2011, is denied and the instant civil action is dismissed with prejudice.

DATED at Denver, Colorado, this   19th   day of January, 2011.

                              FOR THE COURT:

                              Gregory C. Langham, Clerk


                              By: s/ Edward P. Butler
                                  Edward Butler
                                  Deputy Clerk