**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00341-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  CURTIS DEON CALLOWAY,

     Defendant.

---

**MINUTE ORDER**[1]

---

     On February 16, 2011, the court conducted a Telephonic Setting Conference to reset the Revocation of Supervised Release Hearing.  After conferring with counsel and by agreement of all,

     **IT IS ORDERED** as follows:

     1.  That a Revocation of Supervised Released Hearing is set for **March 25, 2011,** at 3:00 p.m., at which counsel and the defendant shall appear without further notice or order; and

     2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant.

     Dated:  February 16, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.