**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00341-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CURTIS DEON CALLOWAY,

    Defendant.

**MINUTE ORDER**[1]

    Due to a conflict arising on the court's calendar, the revocation of supervised release violation hearing in this matter, set for May 20, 2011, should be vacated and continued pending further order of court.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the revocation of supervised release violation hearing set for May 20, 2011, is **VACATED** and is **CONTINUED** pending further order of court;

    2.  That on **April 25, 2011**, commencing at 11:00 a.m., the court shall conduct a telephonic setting conference to reset this sentencing hearing; and

    3.  That counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.
.

    Dated: April 20, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.