**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00341-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CURTIS DEON CALLOWAY,

    Defendant.

## MINUTE ORDER[1]

On April 25, 2011, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **May 6, 2011**, commencing at 10:30 a.m., the court shall conduct the sentencing portion of the revocation of supervised release hearing; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: April 25, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.