# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  08-cr-00341-REB-01 |
| CURTIS DEON CALLOWAY | USM Number:  35725-013 |
| | Richard Irvin, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1 though 3, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Abide by the Rules of the Residential Reentry Center | 05/31/09 |
| 2 | Violation of the Law - Forgery - Check | 10/29/09 |

    The defendant is sentenced as provided in pages 3 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

May 6, 2011
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

May 13, 2011
Date

DEFENDANT:  CURTIS DEON CALLOWAY
CASE NUMBER:  08-cr-00341-REB-01                                        Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Violation of the Law - Obstructing Telephone Service | 12/08/09 |

DEFENDANT:  CURTIS DEON CALLOWAY
CASE NUMBER:  08-cr-00341-REB-01                                                             Judgment-Page 3 of 5

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months, to be served consecutively to any previously imposed sentence, whether in State or Federal Court, including the sentences previously imposed by the District Court in and for the City and County of Denver, Colorado, Case Nos. 09CR3658 and 09M10379.

      The court recommends that the Bureau of Prisons designate the defendant to a Federal Correctional Institution that will facilitate the treatment of the physical and medical conditions with which the defendant has been diagnosed, in an institution in or as near to the State of Mississippi as practicable.

      The defendant is remanded to the custody of the United States Marshal for imposition and execution of this sentence, in this case to be returned by writ to the Colorado Department of Corrections.

## RETURN

I have executed this judgment as follows:

 

 

 

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

 

                                                                            UNITED STATES MARSHAL

                                                      By_____
                                                          Deputy United States Marshal

DEFENDANT:  CURTIS DEON CALLOWAY
CASE NUMBER:  08-cr-00341-REB-01                                                                 Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 through 3 | $100.00 | $0.00 | $1,224.00 |
| **TOTALS** | $100.00 | $0.00 | $1,224.00 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below. If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| U.S. Bank Corporate Security Recover and Restitution Division P.O. Box 650 Milwaukee, Wisconsin 53278-0650 Ref: Acct. Nos. 153656435101, 153657414147, 53657806334 | $318.00 | $318.00 | |
| Bi-Mart 220 South Seneca Road P.O. Box 2310 Eugene, Oregon 97402 | $236.00 | $236.00 | |
| U.S. Postal Service Account Reconciliation 2825 Lone Oak Parkway Eagan, Minnesota 55121-9672 | $148.00 | $148.00 | |
| Miller Paint 12812 Northeast Whitaker Way Portland, Oregon 97230-1110 | $501.00 | $501.00 | |
| DEQ 811 Southwest Sixth Avenue Portland, Oregon 97204 | $21.00 | $21.00 | |
| **TOTALS** | $1,224.00 | $1,224.00 | |

Interest on the restitution obligation will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT:  CURTIS DEON CALLOWAY
CASE NUMBER:  08-cr-00341-REB-01                                          Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The special assessment and restitution is due and payable in full immediately.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) restitution principal.