IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01572-REB
Criminal Action No. 08-cr-00341-REB-1

UNITED STATES OF AMERICA,

v.

CURTIS DEON CALLOWAY,

    Defendant-Movant.

_____

**JUDGMENT**
_____

    Pursuant to and in accordance with the Order entered by the Honorable Robert E. Blackburn [#108], filed June 30, 2011, the following Final Judgment is hereby entered:

    1.    That the "Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" [#105] filed June 15, 2011 by the defendant-movant is DENIED; and

    2.    That the corresponding civil action is dismissed.

    Dated at Denver, Colorado this   1st   day of July, 2011.

                          FOR THE COURT:

                          GREGORY C. LANGHAM, CLERK

                          By:  s/ Edward P. Butler
                                Edward P. Butler, Deputy Clerk