# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 08-cr-00341-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  CURTIS DEON CALLOWAY,

    Defendant.

## MINUTE ORDER[1]

    The matter is before the court on defendant's **Motion For Reconsideration of Sentence** [#111] filed July 11, 2011.  The motion is **STRICKEN**.  When a defendant is represented by counsel, this court will not accept pro se filings from that defendant.  Such a pro se filing is improper.  *See United States v. Nichols*, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing ***United States v. Guadalupe***, 979 F.2d 790, 795 (10th Cir. 1992)), reviewed on other grounds, 125 S.Ct. 1082 (2005).

    Dated: July 12, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.